**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GEBHARDT,<br><br>    Plaintiff,<br><br>    v.<br><br>JEH JOHNSON, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>    Defendants. | Case No. EDCV 14-02277-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 13, 2015

                    VIRGINIA A. PHILLIPS
                    United States District Judge